UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LONATI, S.P.A., an Italian corporation, and PAM TRADING CORPORATION, a North Carolina corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SOXNET, INC., a California corporation, and ZHEJIANG YEXIAO KNITTING MACHINERY CO., LTD., a Chinese corporation.<br><br>Defendants. | Case No. CV 20-5539-GW-JPRx<br><br>**FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION ORDER, AGAINST DEFENDANT SOXNET, INC.**<br><br>Judge: Hon. George H. Wu<br><br>DEMAND FOR JURY TRIAL |

[PROPOSED] FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION ORDER

The Court, pursuant to the Stipulation for Entry of Final Judgment, including Permanent Injunction ("Stipulation"), between Plaintiffs Lonati, S.p.A. ("Lonati") and PAM Trading Corporation ("PAM Trading," and collectively referred to herein as "Plaintiffs") on the one hand, and Defendant SoxNet, Inc. ("Defendant"), on the other, hereby ORDERS, ADJUDICATES and DECREES that final judgment, including permanent injunction, shall be and hereby is entered on the Complaint in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.**  Defendant and any person or entity acting in concert with, or at the direction of them, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 35 U.S.C. § 283, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

2.     directly or indirectly using, making, selling, offering to sell, importing, advertising, marketing, and/or assisting or facilitating in the sale and/or importation into the United States any automated sock knitting machines that infringe U.S. Patent No. 7,954,343, U.S. Patent No. 8,028,546, and U.S. Patent No. 8,631,751 (collectively, "the Patents-in-Suit"), specifically any Yexiao sock knitting machines equipped with closed-toe mechanisms and functionality; and

3.   directly or indirectly using, making, selling, offering to sell, importing, advertising, marketing, and/or assisting or facilitating in the sale and/or importation into the United States any parts and/or services specifically designed and/or capable for use in an automated sock knitting machine that infringe the Patents-in-Suit, specifically in any Yexiao sock knitting machines equipped with closed-toe mechanisms and functionality.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

**IT IS FURTHER ORDERED** that no appeals shall be taken from this Final Judgment, including Permanent Injunction, and the parties waive all rights to appeal.

**IT IS FURTHER ORDERED** that each party shall bear its/her/his own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 17th day of December, 2020.

Dated: December 17, 2020

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE