FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T: 650-461-7700
F: 650-461-7701

Eric R. Garcia (SBN 261101)
POLSINELLI LLP
2049 Century Park East, Ste. 2900
Los Angeles, CA 90067
T: 310-556-1801
F: 310-556-1802

Attorneys for Plaintiffs
LONATI, S.P.A. and PAM TRADING CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LONATI, S.P.A., an Italian corporation, and PAM TRADING CORPORATION, a North Carolina corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SOXNET, INC., a California corporation, and ZHEJIANG YEXIAO KNITTING MACHINERY CO., LTD., a Chinese corporation.<br><br>Defendants. | Case No. 2:20-cv-05539 GW (JPRx)<br><br>**DECLARATION OF FABIO E. MARINO IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS BY ALTERNATIVE MEANS ON DEFENDANT ZHEJIANG YEXIAO KNITTING MACHINERY CO., LTD.**<br><br>Date:      September 9, 2021<br>Time:     8:30 a.m.<br>Place:    9D, 9th Floor<br>Judge:   Honorable George H. Wu<br><br>Action Filed:     June 22, 2020 |

DECLARATION OF FABIO E. MARINO

I, Fabio E. Marino, hereby declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court. I am an Attorney with the law firm of Polsinelli LLP, attorney of record for Plaintiffs Lonati, S.P.A. and Pam Trading Corporation ("Plaintiffs") in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I respectfully submit this declaration in support of Plaintiffs' Motion for Order Authorizing Service of Process by Alternative Means on Defendant Zhejiang Yexiao Knitting Machinery Co., Ltd. ("Motion").

3. Attached hereto as **Exhibits 1 and 2** are true and correct copies of printouts of the website http://zjyexiao.com/en/ and http://zjyexiao.com/en/h-col-102.html, respectfully, which show Defendant's Fax number and email address as: +86-575-87150617 and boss@ zjyexiao.com.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from the CAITME Catalogue. The excerpt specifically shows the portion related to Lima International Group, LLC, which states it "represent[s] the interests of ZHEJIANG YEXIAO KNITTING MACHINERY CO. LTD." A copy of the full textile expo catalogue is publicly available here: https://www.caitme.uz/upload/iblock/38c/Catalogue_CAITME-2017.pdf.

DECLARATION OF FABIO E. MARINO

5. Attached hereto as **Exhibit 4** is a true and correct copy of a printout of the website www.socksb2b.com/e/space/UserInfo.php?userid=239, which shows contact information for Yexiao.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was made this 6th day of August, 2021 in San Jose, California.

By: */s/ Fabio E. Marino*
    Fabio E. Marino