# EXHIBIT 1

浙江叶晓针织机械有限公司

**Zhejiang Yexiao Knitting Machinery Co., Ltd.**

Home   About Us   Products   News   Recruitment   Contact Us   after service   English

## Company profile



Zhejiang Ye Xiao Knitting Machinery Co., Ltd. was founded in 1992, is a professional engaged in knitting machinery product R & D and Manufacturing of Science and technology enterprises. The headquarter of the company is located in Zhuji Datang town, the hometown of Chinese socks industry. The manufacturing base is located in Zhuji. The company in more than 10 provinces and cities with professional and technical personnel, the establishment of offices. Our products are exported to more than 20 countries and regions in Asia, Europe and America.

We consistently uphold the "science and technology-led, win-win cooperation" philosophy of production and management, "based on first-class, the pursuit of excellence, " the courage and boldness, science and technology development and market dynamics as a guide, and strive to seize the strategic commanding heights of the industry, writing Knitting Machinery Manufacturing industry belongs to "Ye Xiao" of the distant and future!

We sincerely welcome businessmen at home and abroad, come and patronize, seek common development, create brilliant!

MORE

**28+** Founded in 1992, 28 years ago

**20+** Exported to more than 20 countries and regions in Asia, Europe and the United States

**10+** Companies in more than 10 provinces and cities with professional and technical personnel to set up offices



**Factory**   MORE

Committed to providing consumers with more advanced and stronger products. Each type of product is in the manufacturing process Seeking for the perfection of details, innovative design shows the constant pursuit of humanization.



**Work shop**   MORE

We take the scientific and technological innovation as the motive force, challenges the tradition unceasingly, breaks through oneself, achieves many times innovation in the pipe industry domain, leads the hosiery machine new craft era.

## Level of internationalization

Standardization of the construction of the workshop, advanced production testing equipment, strict quality management system and reasonable talent team, the company has "Yi Xiao" brand has grown as the famous brand of shaoxing, products in the domestic formed a perfect sales network, and exported to Asia, Europe, the United States also attracts more than 20 countries and regions, won the customer widespread high praise.

MORE



### CHINA KNITTING MACHINERY PROFESSIONAL MANUFACTORY

Socks Knitting Machine/Computerized Flat Knitting Machine 3D upper machine/Silk Stockings Knitting Machine

Yexiao Technology To Build World Brand



SOCK KNITTING MACHINE



SOCK MACHINE



COMPUTERIZED FLAT KNITTING MACHINE

**Zhejiang Yexiao Knitting Machinery Co. LTD**

Fax：+86-575-87150617

Mobile phone number：13758585978

Contact email：boss@zjyexiao.com

Contact phone number：0575-87150888   0575-87150690

Adress：318 North Jiang Road, Datang Zhenjiang, Zhuji City, Zhejiang Province, China

Powered by:MAGICSOU迈捷科技 | Mobile version | Login | 浙ICP备11060214号-1