# EXHIBIT 2

English

**Zhejiang Yexiao Knitting Machinery Co., Ltd.**

Home | About Us | Products | News | Recruitment | Contact Us | after service

## We are a better choice for you

---

What an enterprise needs is not sales today, but sustained brand competitiveness. We firmly believe in the power of brand, we are a better choice for you

fax：+86-575-87150617

Email address: boss@zjyexiao.com

Contact phone number：0575-87150888

Contact address：318 North Jiang Road, Datang Zhenjiang, Zhuji City, Zhejiang Province, China



**Guest names**

Please enter  *

**Visitor number**

Please enter  *

**Guest address**

Please enter  *

**Guest content**

Please enter  *

Immediately submitte

**Zhejiang Yexiao Knitting Machinery Co. LTD**

Fax： +86-575-87150617

Mobile phone number： 13758585978

Contact email： boss@zjyexiao.com

Contact phone number： 0575-87150888   0575-87150690

Adress： 318 North Jiang Road, Datang Zhenjiang, Zhuji City, Zhejiang Province, China

Powered by:MAGICSOU迈捷科技 | Mobile version | Login | 浙ICP备11060214号-1