# EXHIBIT 3





## TO'QIMACHILIK USKUNALARI VA TEXNOLOGIYALARI

11-O'rta Osiyo Xalqaro ko'rgazmasi

www.caitme.uz

## TO'QIMACHILIK SANOATI

14-Xalqaro ko'rgazmasi

www.textileexpo.uz

# 13·15
## SENTABR
### 2017

O'zekspomarkaz, Toshkent




**RASMIY KATALOG**








**• Exhibitor Descriptions**

### ■ E 114
### KING TANSO CIRCULAR KNITTING MACHINE (QUANZHOU XINYUAN MACHINE CO.,LTD)
Zhenbei Industrial Area, Luoyang
Quanzhou, 362121, China
Mob.    + 86 182 59 500 746
Fax    + 86 595 87 481 606
E-mail    ktanso@ktanso.com
Web    www.ktanso.com

As one of the founders of Chinese circular knitting machine industry, and with over 20 years of experience, the King Tanso brand represents the top quality of circular knitting machines in China. We manufacture all kinds of circular knitting machines including single jersey, double jersey, fleece, open width, jacquard, seamless and striper machines.

### ■ C 12
### KIRAZ DESEN GRAFIK KLISE AMBALAJ
Akcaburgaz Mah. 1592 Sok. No:7A / 3-6
Istanbul, 34110, Turkey
Tel.    + 90 212 858 12 18
Fax    + 90 212 858 19 57
E-mail    muhasebe@kirazdesen.com
Web    www.kirazdesen.com

Mr. Faruk KIREZ, the founder of Kiraz Design Graphics, started working in this business in 1986, in Istanbul. As Kiraz Design Co., we produce cylinders for printing machines. Our product range is as below:
- Flexo Cylinders
- Textile Cylinders
- Embos Rollers
- Cylinders for Leather Industry
- Matting Cylinders.

### ■ C 20
### KNITTING ART TEX, LLC
6, Kushbegi Str.
Tashkent, Uzbekistan
Mob.    + 998 97 155 88 18
E-mail    zakir_i@mail.ru

A representative of NAMSEO, which produces spare parts for circular knitting machines.

### ■ B 11
### LEEWHA SRC. LTD.
#31, Gail-Gil 28gil, Amyang-Myeon,
Gyeongsan-Si, Gyeongsangbuk-Do
Gyeongsan, 38539, South Korea
Tel.    + 82 53 384 02 41
Fax    + 82 53 382 02 41
E-mail    tmsleewha@leewha.net
Web    www.leewha.net

Leewha SRC. Ltd. is preparatory textile machinery company in Korea. We have been one of the leading companies in the textile machinery field for a long time. We produce two for one twister for spun yarn, assembly winder with spandex yarn, soft winder, re-winder and air covering machine.

### ■ B 64
### LIMA INTERNATIONAL GROUP, LLC
34, Istikbol Str.
Tashkent, Uzbekistan
Mob.    + 998 97 722 98 88
E-mail    agnes@zjyexiao.com
Web    www.zjyexiao.com

LIMA INTERNATIONAL GROUP LLC. is the wholesale and retail company specialized in marketing and sales of hosiery products as well as the equipment for production

**154**    11-я Центральноазиатская Международная выставка **Текстильное оборудование и технологии**
**13-15 сентября 2017** • Узэкспоцентр, Ташкент, Узбекистан





of hosiery products. In Uzbekistan, we represent the interests of ZHEJIANG YEXIAO KNITTING MACHINERY CO. LTD. The company was founded in 1994, has nearly two decades of rich experience in manufacturing knitting machinery, strong technical force, production and testing equipment, has a computer socks, computerized flat knitting machine two manufacturing centre and a product research and development centre, the main production a "straightforward language" as a trademark 6F computer socks series and single, double, triple system of computerized flat knitting machine products ("straightforward language" brand series of Shaoxing City, the famous trademark). We export this brand to France, Poland, Russia, Mexico, Colombia, Peru, Ukraine, India, Iran, Malaysia, Syria, Indonesia, Vietnam, Thailand and other countries and regions.

### ■ B 80
### LINDAUER DORNIER GMBH
Rickenbacher Str., 119
Lindau, 88131, Germany
Tel.       + 49 8382 703 1611
Fax       + 49 8382 703 17611
E-mail   sales-wm@lindauerdornier.com
Web     www.lindauerdornier.com

Lindauer DORNIER GmbH is a leading producer of weaving machinery since 1950. The production range consists of the system family of rapier and air-jet weaving machines which can be combined with each kind of shedding device: Jacquard up to 20.000 hooks, dobby up to 28 heald frames, cam motion or EasyLeno. The intelligent filling insertion system of the rapier weaving machine as well as the rigid construction plus the high-quality, high-speed performance of the air-jet weaving machine make this system family unique among weaving machinery for the production of all kinds of applications in technical textiles, home textiles and garments.

### ■ D 70
### LONATI SPA
via Francesco Lonati, 3
Brescia, 25124, Italy
Tel.       + 39 030 2 39 01
E-mail   ilias.petropoulakis@lonati.com
Web     www.lonati.com

LONATI spa was founded in 1945 by Francesco Lonati, as a manufacture of circular knitting machines for women's stockings – years later increased its range of production with the double and single cylinder machines for the production of socks and pantyhose for men, women, children in plain and terry fabric. Lonati spa is the one and only manufacture of the toe closing knitting machines for socks. With over seventy years' experience, extensive know-how, an effective customer-oriented policy and constant technological innovation, Lonati is now a world leader in the production of circular knitting machines for hosiery mills - based in Brescia, the company has a production capacity of 10,000-11,000 knitting machines available in over 50 models and exported all over the world.





# 2018
## 11-13 September
# Tashkent
# Uzbekistan

12th Central Asian International Exhibition for
TEXTILE MACHINERY & TECHNOLOGIES
www.caitme.uz

