# EXHIBIT 4

 Hello, welcome to China Socks Network [ Please Login ] [ Free Registration ] Socks Yitong | Leave Me a Message | Add to Favorites

# Zhejiang Yexiao Knitting Machinery Co., Ltd.

| front page | Company Profile | Product Center | Supply and demand information | Merchants to join | recruiting centre | contact us | leave me a message |



**Zhejiang Yexiao Knitting Machinery Co., Ltd.**

Business Model: Equipment Enterprise

Location: No.318, Jiangbei Road, Datang Town, Zhuji City, Zhejiang Province

Supply products: 47

### control panel

 Add to friends | Text message

user information | Admin panel

### details

Username: Qyexiao

Membership level: Socks Yitong member

Registration time: 2006-08-30

Contact: Ding Xiaojun

Contact number: 0575-87150888

Fax: 0575-87150617

Mobile phone: 13506850228

Email: manager01@zjyexiao.com

Contact address: No. 318, Jiangbei Road, Datang Town, Zhuji City, Zhejiang Province

## Company Profile  MORE>>

Yexiao Knitting Machinery Factory is one of the largest manufacturers of fully computerized hosiery machines in China. It is located in Datang, Zhuji, which is known as the "International Hosiery Capital". The transportation is convenient. Xiaoshan International Airport is only 50 kilometers away. The main products are: 1. Fully computerized flat hosiery machine (YX-2003D, YX-2004D, YX-2005D) 2. Fully computerized terry flat hosiery machine Yexiao Knitting Machinery Factory has 15 years of experience in the hosiery machine industry. It is the first domestically capable enterprise that develops and produces fully computerized terry flat two-purpose hosiery knitting machines. The deep understanding of hosiery machine technology and outstanding R&D and production capabilities make it unique in quality. The long-term accumulation of production and debugging experience, the grasp of the latest hosiery machine technology, and the full implementation of the ISO 9001: 2000 quality management system in every aspect of production management make it your trusted partner. Ye Xiao people always put the interests of customers in the first place, because we deeply believe that the success of customers is our future. "Excellent quality, perfect as one" is the common pursuit of all Ye Xiao people. All kinds of "Yi Xiao" brand hosiery knitting machines implement strict product quality management and timely after-sales service. There is a professional after-sales service team with strong technology to eliminate The user's worries, so that users can buy with confidence, and use it with satisfaction! For more than ten years, Ye Xiao's products have been spread all over the country and exported to Malaysia, Indonesia, Vietnam, Thailand and other countries and regions, and are well received by users. The "Yixiao" brand trademark has been rated as a famous trademark in Shaoxing City. Ye Xiao Machinery casts high-quality hosiery knitting machines with first-class materials; Ye Xiao Machinery is unique and well-deserved. Ye Xiaoren's goal is to dedicate to the Chinese nation a Chinese own world-class brand. Ye Xiao people will continue to provide customers with "high-quality, assured and satisfactory" products, and at the same time warmly welcome friends from all walks of life to join Ye Xiao, and create a brilliant future together!

Zhejiang Yexiao Knitting Machinery Co., Ltd. Address: No.318, Jiangbei Road, Datang Town, Zhuji City, Zhejiang Province You are the [62050] visitor

Zhejiang Yexiao Knitting Machinery Co.,Ltd.
Technical Support: China Hosiery Net