UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LONATI, S.P.A., an Italian corporation, and PAM TRADING CORPORATION, a North Carolina corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SOXNET, INC., a California corporation, and ZHEJIANG YEXIAO KNITTING MACHINERY CO., LTD., a Chinese corporation.<br><br>Defendants. | Case No. 2:20-cv-05539 GW (JPRx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS BY ELECTRONIC COMMUNICATION ON DEFENDANT ZHEJIANG YEXIAO KNITTING MACHINERY CO., LTD.**<br><br>Date:  September 9, 2021<br>Time:  8:30 a.m.<br>Ctrm:  9D, 9th Floor<br>Judge:  Honorable George H. Wu<br><br>Action File: June 22, 2020 |

[PROPOSED] ORDER

Upon consideration of the Motion for Order Authorizing Service of Process by Alternative Means ("Motion") filed by Plaintiffs PAM Trading Corporation and Lonati, S.p.A., and finding it proper so to do pursuant to Federal Rule of Civil Procedure 4(f)(3); and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is justified and appropriate,

IT IS HEREBY ORDERED THAT the Motion is GRANTED such that Plaintiffs may provide service of process through the following alternative methods:

1. Service of process via Yexiao's fax number: +86-575-87150617.

2. Service of process to the following email addresses:

   a. Yexiao's corporate email address at boss@zjyexiao.com;

   b. Amy Hou at email address sales0209@163.com;

   c. Ding Xiaojun at email address manager01@zjyexiao.com; and

   d. Agnes Wang at email address agnes@zjyexiao.com.

[PROPOSED] ORDER

1  Dated:

3
4                                              _____
                                               HONORABLE GEORGE H. WU
                                               UNITED STATES DISTRICT JUDGE