JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LONATI, S.P.A., an Italian corporation, and PAM TRADING CORPORATION, a North Carolina corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SOXNET, INC., a California corporation, and ZHEJIANG YEXIAO KNITTING MACHINERY CO., LTD., a Chinese corporation.<br><br>Defendants. | Case No. CV 20-5539-GW-JPRx<br><br>**ORDER OF DEFAULT, DEFAULT JUDGMENT, AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANT ZHEJIANG YEXIAO KNITTING MACHINERY** |

Upon consideration of Plaintiffs Lonati, S.p.A. and PAM Trading Corporation's ("Plaintiffs") Motion for Entry of Default, Default Judgment, and Permanent Injunction Order Against Defendant Zhejiang Yexiao Knitting Machinery ("Motion"), and this Court having reviewed the Motion and accompanying filings;

IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED.

IT IS FURTHER ORDERED AS FOLLOWS:

The Court enters default and default judgment against Defendant Zhejiang Yexiao Knitting Machinery ("Yexiao"), awards Plaintiffs $155,432.00 in damages and $543,704.98 in attorneys' fees and costs, and enters the following permanent injunction against Yexiao:

**PERMANENT INJUNCTION.** Yexiao and any person or entity acting in concert with, or at the direction of them, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 35 U.S.C. § 283, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

1. directly or indirectly using, making, selling, offering to sell, importing, advertising, marketing, and/or assisting or facilitating in the sale and/or importation into the United States any automated sock knitting machines that

[PROPOSED] ORDER

infringe the Patents-in-Suit, specifically any Yexiao sock knitting machines equipped with closed-toe mechanisms and functionality; and

2.  directly or indirectly using, making, selling, offering to sell, importing, advertising, marketing, and/or assisting or facilitating in the sale and/or importation into the United States any parts and/or services specifically designed and/or capable for use in an automated sock knitting machine that infringe the Patents-in-Suit, specifically in any Yexiao sock knitting machines equipped with closed-toe mechanisms and functionality.

This Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

SO ORDERED this 9th day of June, 2022.

*George H. Wu*
_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE